UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **EDCV 19-2420-MWF(KKx)**                              Dated: **January 29, 2020**

Title:       Richard Lee Dickerson v. Aldous and Associates, PLLC

---

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

PROCEEDINGS (IN CHAMBERS):        COURT ORDER

    In light of the Notice of Settlement [9] filed January 28, 2020, the Court sets a hearing on Order To Show Cause Re Dismissal for March 16, 2020 at 11:30 a.m.  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  All other hearings and deadlines are hereby vacated.

    IT IS SO ORDERED.

MINUTES FORM 90                                          Initials of Deputy Clerk   rs
CIVIL - GEN